AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. **1:22-MJ-00068**
Priority Mail, USPS Tracking Number 9405 5111 0803 6423 6493 31, )
addressed to AMANDA JOHNSON, PO BOX 206, CLEVES OH )
45002-0206 with a return address of MAILBOX AND POSTAL, 80 )
W SIERRA MADRE BLVD, SIERRA MADRE CA 91024. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail, USPS Tracking Number 9405 5111 0803 6423 6493 31, addressed to AMANDA JOHNSON, PO BOX 206, CLEVES OH 45002-0206 with a return address of MAILBOX AND POSTAL, 80 W SIERRA MADRE BLVD, SIERRA MADRE CA 91024.

located in the  Southern  District of  Ohio , there is now concealed *(identify the person or describe the property to be seized)*:
A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 | Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector Andrew W. Kremer

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Andrew W. Kremer, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.
**via electronic means, specifically Facetime video.**

Date: **Jan 28, 2022**

*Judge's signature*

City and state: Cincinnati, Ohio

Stephanie K. Bowman
United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Andrew W. Kremer, having been duly sworn, depose and state:

1. I am a United States Postal Inspector, having been so employed since May 19, 2012. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the United States Postal Inspection Service (USPIS) with investigative responsibility for southwest Ohio and northern Kentucky. Part of my investigative responsibility involves the use of the United States Mail in the illegal transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2. I completed United States Postal Inspection Service Basic Training in August 2012. The training involved narcotic investigation techniques, chemical field tests and training in the detection and identification of controlled substances being transported in the United States Mail. In addition to this formal training, I have worked since August 2012 with various federal, state and local law enforcement agencies in the investigation of the transportation of illegal drugs and their identification.

3. This Affidavit is made in support of a search warrant for the following properties, namely the packages associated with the following United States Postal Service ("USPS") Priority Mail, USPS Tracking Numbers:

    a. 9405 5111 0803 6423 7357 82 (" Package-1")

    b. 9405 5111 0803 6423 6493 31 ("Package-2") (together, the "**Subject Packages**")

This Affidavit is made in support of a warrant to search the **Subject Packages** for evidence of a crime as well as contraband, fruits of a crime or other items illegally possessed in relation to the following offense:

a. Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, § 841.

Because this Affidavit is submitted in support of the application of the United States to search the **Subject Packages**, it does not include every fact known concerning this investigation. I have set forth facts and circumstances that I have relied upon to establish probable cause to justify the issuance of a warrant to search the **Subject Packages**. The **Subject Packages** are currently being held at the USPIS Cincinnati Field Office.

4. Based on my training and experience, I have become aware that drug traffickers frequently use Priority Mail Express and/or Priority Mail Package Services offered by the USPS, to transport narcotics and other dangerous controlled substances. As a result of investigations and successful controlled substance prosecutions where Priority Mail Express and/or Priority Mail Package Services were used, I have learned of certain

characteristics associated with other Priority Mail Express and/or Priority Mail Package Services items previously identified as containing narcotics or other dangerous controlled substances. Some of these characteristics include (but are not necessarily limited to or used on every occasion): false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

5. Through training and experience, your Affiant realizes that drug traffickers frequently engage in drug transactions through the mail, store narcotics, their proceeds, or packaging materials, etc., in the presence of one another. Therefore, the odor of a controlled substance is often present on the package, packaging materials, or contents of the package, including financial proceeds from narcotics trafficking such as cash, money orders, or other financial instruments.

6. Since on or about October 2021, USPIS and the Hamilton County Sheriff's office has been investigating Billy Spurlock for receiving illegal narcotics via the US Mail. The packages have been addressed to Spurlock's home address or PO Boxes registered to Spurlock, however, the packages are not addressed to Billy Spurlock. On or about October 20, 2021, I executed a federal search warrant on Priority Mail 9505 5065 6246 1287 6168 13, addressed to Tiquanna Hill, PO Box 11529, Cincinnati, OH 45211. I obtained the PO Box Application for PO Box 11529, Cincinnati, OH 45211, which indicated the PO Box was registered to Billy Spurlock. The package was found to contain approximately 454 grams of a white crystalline substance that field tested positive for containing methamphetamines. Also, on or about October 22, 2021, I executed federal search warrants on two other USPS Priority Mail packages addressed to PO Box 11529, Cincinnati, OH 45211. The packages were each found to contain approximately 960 grams of a green leafy substance suspected to be marijuana.

7. On or about November 2, 2021, I executed a federal search warrant on Priority Mail Express, EJ722394710US, addressed to Emilia Spurlock, 7435 Country Village Dr, Cleves, OH 45002. The package contained approximately 900 alprazolam pills. 7435 Country Village Dr, Cleves, OH 45002 is the home address for Billy Spurlock.

8. On or about November 8, 2021, PO Box 206, Cleves, OH 45002 was opened and registered to Billy Spurlock.

9. On or about November 23, 2021, PO Box 11529, Cincinnati, OH 45211, registered to Billy Spurlock, was closed. On or about November 23, 2021, PO Box 42075, Cincinnati, OH 45242 was opened and registered to Billy Spurlock.

10. On or about January 18, 2022, Billy Spurlock was arrested by the Hamilton County Sheriff's Office after a state search warrant was executed at 7435 Country Village Drive, Cleves, OH 45002. Methamphetamine and marijuana were seized during the search.

11. On or about January 21, 2022, I intercepted **Package 1** at the USPS Network Distribution Center, Cincinnati, Ohio.

   **Package 1** is further described as:

   **Priority Mail, USPS Tracking Number:** 9405 5111 0803 6423 7357 82
   Weighing approximately 4 pounds 0 ounces in a white USPS Flat Rate Box. Postage paid was $16.23.

   **Sender:** MAILBOX AND POSTAL
   80 W SIERRA MADRE BLVD
   SIERRA MADRE CA 91024

   **Addressee:** ELLA MASON
   PO BOX 42075
   CINCINNATI OH 45242-0075

12. I observed **Package 1** and reviewed USPS tracking information, which indicated **Package 1** received its first physical scan by USPS in Santa Clarita, California 91383.

13. I searched the CLEAR database for the listed return address of **Package 1**. CLEAR is an investigative platform available exclusively to law enforcement and other government investigators that contains public-record data about people and businesses. The information obtained from the system indicated that there is a Mailbox and Postal associated with that address. Mailbox and Postal is a Commercial Mail Receiving Agency (CMRA). Through training and experience I am aware that person(s) involved in the shipment of illegal narcotics via the US Mail will sometimes use CMRA's to mail/receive illegal narcotics mailings as a way to further conceal the identity of the intended mailer/recipient.

14. I obtained the PO Box Application for PO Box 42075, Cincinnati, OH 45242. The information obtained from the PO Box Application indicated that the name Ella Mason is listed on the PO Box Application as an additional name that can receive mail at that PO Box. PO Box 42075, Cincinnati, OH 42042 is registered to Billy Spurlock. From my training and experience I am aware that narcotics traffickers will use legitimate names of businesses and/or residents with or without their permission and knowledge in an attempt to conceal their illegal activities.

15. On or about January 21, 2022, I arranged for Sergeant Tony Lange, Hamilton County Sheriff's Office to utilize a narcotics canine to check **Package 1**. Sergeant Lange and his canine "Kylo" are a currently certified narcotics team. The team is certified by the Ohio Peace Officer Training Commission and the Ohio Office of the Attorney General. Sergeant Lange reports that "Kylo" passed all of his examinations and has successfully located hidden drugs in the past; I therefore consider "Kylo" to be reliable. I met Sergeant Lange at the USPIS Cincinnati Field Office, where **Package 1** was placed in a separate room among several other similar packages and presented to "Kylo", who alerted

3

positively to the presence or odor of a controlled substance upon **Package 1**. Attached to this Affidavit, and incorporated by reference, is a photocopy of the narcotic canine handler's record of examination.

16. On or about January 26, 2022, I intercepted **Package 2** at the USPS Network Distribution Center, Cincinnati, Ohio.

    **Package 2** is further described as:

    **Priority Mail, USPS Tracking Number:** 9405 5111 0803 6423 6493 31
    Weighing approximately 4 pounds 0 ounces in a white USPS Flat Rate Box. Postage paid was $16.23.

    | | |
    |---|---|
    | **Sender:** | MAILBOX AND POSTAL<br>80 W SIERRA MADRE BLVD<br>SIERRA MADRE CA 91024 |
    | **Addressee:** | AMANDA JOHNSON<br>PO BOX 206<br>CLEVES OH 45002-0206 |

17. I observed **Package 2** and reviewed USPS tracking information, which indicated **Package 2** received its first physical scan by USPS in Santa Clarita, California 91383.

18. I searched the CLEAR database for the listed return address of **Package 2**. CLEAR is an investigative platform available exclusively to law enforcement and other government investigators that contains public-record data about people and businesses. The information obtained from the system indicated that there is a Mailbox and Postal associated with that address. Through training and experience I am aware that person(s) involved in the shipment of illegal narcotics via the US Mail will sometimes use CMRA's to mail/receive illegal narcotics mailings as a way to further conceal the identity of the intended mailer/recipient.

19. I obtained the PO Box Application for PO Box 206, Cleves, OH 45002. The information obtained from the PO Box Application indicated that the name Amanda Johnson is not listed on the PO Box Application. PO Box 206, Cleves, OH 45002 is registered to Billy Spurlock.

20. On or about January 27, 2022, I arranged for Sergeant Tony Lange, Hamilton County Sheriff's Office to utilize a narcotics canine to check **Package 2**. Sergeant Lange and his canine "Kylo" are a currently certified narcotics team. The team is certified by the Ohio Peace Officer Training Commission and the Ohio Office of the Attorney General. Sergeant Lange reports that "Kylo" passed all of his examinations and has successfully located hidden drugs in the past; I therefore consider "Kylo" to be reliable. I met Sergeant Lange at the USPIS Cincinnati Field Office, where **Package 2** was placed in a separate

4

room among several other similar packages and presented to "Kylo", who alerted positively to the presence or odor of a controlled substance upon **Package 2**. Attached to this Affidavit, and incorporated by reference, is a photocopy of the narcotic canine handler's record of examination.

21. Based upon my experience and training, this information, along with the positive alert of narcotic canine "Kylo," is indicative of the **Subject Packages** containing narcotics or proceeds relating thereof.

22. Based upon the information contained in this Affidavit, I believe that there is probable cause to believe that the **Subject Packages** will contain evidence and/or contraband, fruits of crime, or other items illegally possessed. Therefore, a search warrant to open the **Subject Packages** is requested.

Further, your Affiant sayeth naught.

Andrew W. Kremer
U.S. Postal Inspector

Subscribed and sworn to and before me this __28th__ day of January, 2022.
**via electronic means, specifically Facetime video.**

Stephanie K. Bowman
United States Magistrate Judge

5

United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, SGT LANGE, AM, AND HAVE BEEN, EMPLOYED BY THE HAMILTON COUNTY SHERIFF'S OFFICE, SINCE 1996. AMONG OTHER DUTIES, I AM CURRENTLY THE ASSIGNED HANDLER OF NARCOTICS DETECTION CANINE "KYLO", WHICH IS TRAINED AND CERTIFIED IN THE DETECTION OF THE PRESENCE OR ODOR OF NARCOTICS DESCRIBED AS FOLLOWS:

**Marijuana, Cocaine, Heroin, Methamphetamines, and their derivatives**

ON 1/27/2022, AT THE REQUEST OF POSTAL INSPECTOR A. KREMER I RESPONDED TO THE US POSTAL INSPECTION SERVICE CINCINNATI FIELD OFFICE WHERE "KYLO" DID ALERT TO AND INDICATE UPON THE FOLLOWING DESCRIBED ITEM:

USPS Priority Mail, USPS Tracking Number 9405 5111 0803 6423 6493 31, addressed to AMANDA JOHNSON, PO BOX 206, CLEVES OH 45002-0206 with a return address of MAILBOX AND POSTAL, 80 W SIERRA MADRE BLVD, SIERRA MADRE CA 91024.

BASED ON MY TRAINING AND EXPERIENCE AND THAT OF "KYLO", I CONSIDER THE ABOVE DESCRIBED ITEM TO CONTAIN WITHIN OR UPON THE PRESENCE OR ODOR OF A NARCOTIC OR OTHER DANGEROUS CONTROLLED SUBSTANCE.

_(Signature and Date)_ 1-27-22

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 513-684-8060
FAX: 513-684-8009